# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **INITIAL APPEARANCE** |
| v. | on Rule 5 Hearing |
| **DAVID CHARLES MISH JR** | CASE NUMBER 21-MJ-31 |

| | |
|---|---|
| HONORABLE WILLIAM E. DUFFIN, presiding | Court Reporter: Zoom Audio |
| Deputy Clerk: Tony Byal | Hearing Began: 3:46 PM |
| Hearing Held: January 15, 2021 at 3:45 PM | Hearing Ended: 4:00 PM |

**Appearances:**
UNITED STATES OF AMERICA by: Julie Stewart
DAVID CHARLES MISH JR, via video conference, and by: Gabriela Leija  ☐ CJA ☑ FDS ☐ RET
U.S. PROBATION OFFICE by:
INTERPRETER: ☑ None ☐ Sworn

☑ Defendant consents to proceed via video
☑ Defendant advised of rights
☑ Defendant advised of charges, penalties and fines

☑ Defendant waives right to an identity hearing
☑ Defendant to be released on O/R bond to appear in District of Columbia on 1/22/2021 at 1:00 PM Via Zoom

Maximum penalties
Count 1: 1 year imprisonment, $100,000 fine, 1 year SR, $100 SA
Count 2: 6 months imprisonment, $5,000 fine, 1 year SR, $100 SA

Government:
- Asks to release defendant on conditions. Requests condition of defendant staying away from Washington DC and to not be involved in in-person political demonstrations.
- District of Columbia requests this court to set a hearing next week at 1:00 PM for defendant to appear via Zoom in the District of Columbia.

Court:
- Orders defendant released on O/R Bond with conditions.
- Defendant to appear on 1/22/2021 at 1:00 PM via Zoom for District of Columbia hearing.
- Zoom information from District of Columbia to be provided to defendant.